FILED

M©M

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Isoes Carlos #E45093
PBSP.    ASU-A4.
P.O. BOX 7500.
CRESCENT CITY, CA. 95532.

DATE: SEPTEMBER 17, 07.

MR. ROBERT SILLEN.
RECEIVER TO PRISON
HEALTH CARE SYSTEM.
FEDERAL DISTRICT COURT HOUSE.
450 GOLDEN GATE AVENUE.
SAN FRANCISCO, CA. 94102.

C 07 4961 SI (PR)

MR. SILLEN.

THIS IS A <u>FORMAL COMPLAINT</u> AGAINST PBSP MEDICAL STAFF:

REGISTERED NURSE, MS. .PENKIAN.
SUPERVISING REGISTERED NURSE I, MS. S. BIEISNER.
MEDICAL APPEALS COORDINATOR, MR(S). J.J. KRAVITZ.

## DECLARATION

I JOVOS CARLOS, PRISON NUMBER E-45093 HEREBY DECLARE AS FOLLOWS:

1. ON 9-2-07, DECLARANT SUBMITTED APPEAL LOG # PBSP-IA-18-2007-01036, TO (PBSP) PELICAN BAY STATE PRISON APPEALS COORDINATOR FOR SECOND-LEVEL REVIEW AFTER THE APPEAL HAD BEEN DENIED, **NOT**, CANCELLED.
(SEE INMATE APPEAL LOG # PBSP-IA-18-2007-01036 DATED 7-26-07, ATTACHED HERETO AS EXHIBIT "A-2" AND "A-5").

2. ON 9-6-07, DECLARANT RECEIVED THE APPEAL BACK FROM THE MEDICAL APPEALS COORDINATOR MR(S) J.J. KRAVITZ, WITH AN INMATE/PAROLEE APPEALS SCREENING FORM ATTACHED NOTIFYING DECLARANT THE APPEAL WAS CANCELLED.
(SEE INMATE/PAROLEE APPEALS SCREENING FORM DATED 9-5-07, ATTACHED HERETO AS EXHIBIT "B").

3. THE CANCELLATION OF THIS APPEAL BY APPEALS COORDINATOR MR(S) J.J. KRAVITZ WAS DONE TO CONCEAL PBSP MEDICAL STAFF'S NEGLIGENCE, INCOMPETENCE, OR INTENTIONAL ASSAULT UPON DECLARANT WITH A SYRINGE NEEDLE.

4. ON AUG 14, 07, (SRN1) SUPERVISING REGISTERED NURSE 1 MS. S. BIEISNER, WITH THE EXCUSE OF APPEAL (LOG # PBSP-IA-18-2007-01036) INTERVIEW HAD DECLARANT PLACED IN A HOLDING CAGE TO VERBALLY HARASS AND BADGER HIM.

5. MS. S. BIEISNER BEGAN BY STATING: MY NAME IS S. BIEISNER SRN 1. THERE, YOU HAVE ONE OF YOUR ACTIONS REQUESTED. WHAT OTHER ACTION ARE YOU REQUESTING ?

1 OF 3

6. DECLARANT STATED: HAVE YOU HAD AN OPPORTUNITY TO READ THE APPEAL? THE ACTIONS I'VE REQUESTED ARE ALL THERE.

7. MS. BIEISNER: YOU'RE ASKING THAT RN DENKIAN AND PERSON WHO ORDERED HER TO GIVE YOU THE TB TEST SHOT BE PLACED ON ADMINISTRATIVE LEAVE. FOR WHAT, WHERE'S THE HARM?

8. DECLARANT: THE HARM IS IN THAT RN DENKIAN CAME AND POKED ME WITH A NEEDLE WITHOUT CHECKING MY MEDICAL RECORD, AND WHEN I TOLD HER ABOUT MY TB HISTORY, SHE TURNED AROUND AND ASKED A PRISON GUARD (WHO HAS NO MEDICAL TRAINING) FOR VERIFICATION, AND INSISTED ON GIVING ME THE SHOT.
SHE WAS <u>NEGLIGENT</u>, <u>INCOMPETENT</u>, OR <u>INTENTIONALLY ASSAULTED</u> ME WITH A SYRINGE AND INJECTED ME WITH A SUBSTANCE <u>AGAINST MY CONSENT</u>.
WOULD YOU LIKE TO BE POKED WITH A NEEDLE AGAINST YOUR WILL MS. BIEISNER? MS. BIEISNER LOOKED AT DECLARANT WITH A SMIRK ON HER FACE.

9. MS. BIEISNER: WELL, NOTHING HAPPENED TO YOU. YOU'RE ALIVE. SHE CAME BACK AND TOLD YOU SHE MADE A MISTAKE, SO WHAT DO YOU WANT?

10. DECLARANT: ME BEING ALIVE AND HER COMING BACK DOES NOT JUSTIFY HER NEGLIGENCE, INCOMPETENCE. WHAT I REQUESTED IS WRITTEN IN SECTION B OF THE APPEAL AND REVERSE SIDE OF THE ADDITIONAL SHEET. ALL YOU NEED TO DO IS READ IT.

11. MS. BIEISNER: NO! I'M ASKING YOU.

2 OF 3

12. DECLARANT: Look, everything that occured that day and my action requested is written in the appeal.

13. MS. GIEISNER: Ha! You just want to fight, and don't want to answer my questions.

14. DECLARANT: No, you came in here badgering and harassing me; trying to downplay what your staff did; and asking me what's already written on the appeal. Obviously, you didn't read it or you're just here harassing me.

15. MS GIEISNER: You just want to fight with that nasty attitude, I'm leaving.

16. DECLARANT: You're the one that came here with that nasty attitude.

17. MS'S GIEISNER'S response to the appeal is a sanitized version intended to serve her purpose (cover up medical negligence, incompetence), thus it is a false document, in violation of Penal Code §134.

18. Medical appeals coordinator MC(S) J.T. Kravitz's disposition of the appeal is also intended to cover up medical negligence, incompetence. The appeal was denied by MS. Gieisner, not, cancelled, thus appeal was to be processed for second-level review.

I, Jovos Carlos declare under penalty of perjury under the laws of California that the foregoing is true and correct to the best of my knowledge, recollection.

EXECUTED: 9-17-07.     By: _____
                        MR. JOVOS CARLOS, DECLARANT.

3 OF 3

# EXHIBIT "A"

Case 3:07-cv-04961-SI    Document 1    Filed 09/26/2007    Page 5 of 12

| | | | |
|---|---|---|---|
| **INMATE/PAROLEE APPEAL FORM** CDC 602 (12/87) | Location: Institution/Parole Region 1. [PBSP] 2. _____ | Log No. IA-18-2007-01036 2. _____ | Category 8/22 SAYS WAS GIVEN TB TEST EVEN though Code 32 |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Lovos | E45093 | | ASU-A4 |

A. Describe Problem: On 7-6-07/11:40 AM, RN. Denkian came to appellant's cell door (A2-114) to administer a TB skin test shot (called PPD). After appellant told RN. Denkian his TB history and code (32), she insisted and said she was ordered to administer the TB shot. Then she looked at (4) correctional officer Mr. Trimm (who has no medical training/certification) and asked him: We give code 32 the test here, right? 4o Trimm nodded his head yes, with doubt.

If you need more space, attach one additional sheet. (Continue on Additional Sheet)

B. Action Requested: 1) That RN. Denkian and person who ordered her to administer the TB skin test shot on appellant be placed on administrative leave without pay until they (Continue on Reverse of Additional Sheet)

Inmate/Parolee Signature: _____ Date Submitted: 7-26-07.

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____ Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

1st JUL 3 0 2007

5/6 SEP 0 5 2007
7

EXH
A-1

First Level    ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: __7-30-07__ Due Date: __9-11-07__

Interviewed by: __See typed response.__

R-8-17-07.

Staff Signature: __S Bleisner__    Title: __SW II__    Date Completed: __8/14/07__
Division Head Approved:
Signature: _____    Title: __Dir__    Returned Date to Inmate: __AUG 16 2007__

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

S. BLEISNER'S QUESTIONING WAS BADGERING, SARCASTIC, AND SHE ATTEMPTED TO DOWNPLAY HER SUBORDINATES' INCOMPETENCE AND NEGLIGENCE WHICH THREATENS THE HEALTH AND LIFE OF THOSE WHO MAY BE TREATED BY THEM.

Signature: _____    Date Submitted: __9-2-07.__

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____
☐ See Attached Letter

Signature: _____    Date Completed: _____
Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____    Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____
☐ See Attached Letter
                                                                    Date: _____
CDC 602 (12/87)

A-2

ADDITIONAL SHEET

LOG NO.: PBSO-IA-18-2007-01036

LOCOS                     #E45093              ASU-AF

KNOWING THAT PER P.C. §7575 HE COULD BE FORCIBLY TESTED AND DISCIPLINED, APPELLANT AGAINST HIS CONSENT ALLOWED THE ADMINISTRATION OF TB SKIN TEST SHOT.

ON 7-8-07 AND 7-15-07, APPELLANT SUBMITTED REQUESTS FOR INTERVIEW TO RN. RENKIAN, REQUESTING THAT SHE WRITE DOWN IN LEGIBLE FORM THE FULL NAME AND TITLE OF THE PERSON WHO ORDERED HER TO ADMINISTER THE TB TEST SHOT ON APPELLANT, AND THE NAME AND TITLE OF HER (RN. RENKIAN'S) SUPERVISOR.

RN. RENKIAN REFUSED TO RESPOND TO BOTH REQUESTS.

ON 7-6-07, RN. RENKIAN AND PERSON WHO ORDERED HER TO ADMINISTER THE TB SKIN TEST SHOT ON APPELLANT, BOTH HAD ACCESS TO APPELLANT'S MEDICAL FILE VIA COMPUTER, AND BOTH KNEW OR SHOULD HAVE KNOWN (PER VOCATION) THAT TB CODE 32 ARE NOT ADMINISTERED THE TB SKIN TEST SHOT, THUS BOTH, WERE MEDICALLY NEGLIGENT.

/S/ _____                    DATE SUBMITTED: 7-26-07

EXH
A-3

Log. No. PBSP-IA-18-2007-01036

SUCCESSFULLY COMPLETE TRAINING ON EVERYTHING RELATED TO TB;

2) THAT A COPY OF THIS CDC 602 AND ALL FINAL FINDINGS BE PLACED AND RETAINED PERMANENTLY IN THE PERSONNEL FILES OF R.N. PENKIAN AND THE PERSON WHO ORDERED HER TO ADMINISTER THE TB SKIN TEST SHOT ON APPELLANT; AND

3) R.N. PENKIAN'S FIRST NAME, THE FULL NAME AND TITLE OF PERSON WHO ORDERED R.N. PENKIAN TO ADMINISTER THE TB SKIN TEST SHOT ON APPELLANT, AND FULL NAME AND TITLE OF R.N. PENKIAN'S SUPERVISOR.

BY:     DATE SUBMITTED: 7-26-07.

EXH
A-4

## FIRST LEVEL SUPPLEMENTAL PAGE

R-8-17-07.

**RE:** PELICAN BAY STATE PRISON
Appeal Log  PBSP –IA-18-2007-01036
First Level Reviewers Response
Inmate: LOVOS                                            CDC#: E-45093

**APPEAL DECISION:**     DENIED

**APPEAL ISSUE:**

1. "That RN Penkian and Person who ordered her to administer the TB skin test shot on appeallant be place on administrative leave."

**FINDINGS:**

A review of your appeal has been completed. Your appeal with the attachments and your requested action has received careful consideration. I, S. Bliesner, was assigned to investigate your allegations by the First Level Reviewer.

You were seen in the Ad seg Unit by medical for a TB test. Your TB status is a 32. You told the RN that you were a past positive and you were given a TB skin test.
On August 14, 2007 during the interview you stated that the RN ask the officer if you should get the TB test. After you were administered the test the nurse returned to the cell front and told you that she had given you the test in error. You state she failed to answer two of the request for interview you sent her. When ask what you wanted to ask, you refused to answer and then said that I had not read your appeal. When ask how you felt you were harmed you stated you were poked with a needle. Your attitude to this interviewer was confrontational and you called this interviewer a "smart aleck," these actions terminated the interview.

**DETERMINATION OF ISSUE:**

A thorough review of the request presented in this complaint has been completed. Based on this review the action requested to resolve this appeal is DENIED.

1. Placing staff on administrative leave is not within the scope of the appeal process.

_____ August 14, 2007            _____
S. BLIESNER                                                          RICHARD ROBINSON
Supervising Registered Nurse I                            Director of Nursing

EXH
A-5

EXHIBIT

"B"

CDC Form 695

## INMATE/PAROLEE APPEALS SCREENING FORM

Name: __LOVOS__   Number: __E 40593__ (50)   Housing: __ASU A 4__

### YOUR APPEAL IS BEING REJECTED/CANCELLED AND RETURNED FOR THE FOLLOWING:

Screening Appeals Rejection Criteria:

[ ] 1. The resolution is not within CDC's jurisdiction. See CCR, Title 15, Sections 3084.2(e) and 3084.3(c)(1).

[ ] 2. The appeal duplicates the inmates previous appeal. See CCR, Title 15, Section 3084.3(c)(2).
    [ ] (a) Your appeal has been screened out on _____ for _____.
    [ ] (b) Your appeal is being reviewed at the _____ Level, Log # _____.
    [ ] (c) Your appeal has been completed at the _____ Level, Log # _____.

[ ] 3. The appeal concerns an anticipated action or decision. See CCR, Title 15, Section 3084.3(c)(3).

[ ] 6. The appeal exceeds the 15 working days time limit, and the inmate has failed to offer a credible explanation as to why he could/did not submit the appeal within the time limit. See CCR, Title 15, Sections 3084.2(c), 3084.3(c)(6), and 3084.6(c).

[X] 8. Abuse of the Appeal Process/Right to Appeal.
    [ ] (a) Excessive filings. Submission of more than one non-emergency appeal within a seven-calendar-day period is excessive. See CCR, Title 15, Section 3084.4(a).
    [ ] (b) Inappropriate statements. The Appeal contains false information, profanity, or obscene language. The appeal is rejected. See CCR, Title 15, Section 3084.4(b).
    [ ] (c) Excessive verbiage. Appeal cannot be understood or is obscured by pointless verbiage or voluminous, unrelated documentation. See CCR, Title 15, Section 3084.4(c).
        [ ] (1) Only allowed 1 added page, front and back, to describe the problem and action requested in Sections A and B, per CCR, Title 15, Section 3084.2(a)(1).
        [ ] (2) Only supporting documentation necessary to clarify appeal shall be attached to the appeal, per CCR, Title 15, Section 3084.2(a)(2).
    [X] (d) Lack of cooperation. Appellant refused to cooperate and/or interview with the reviewer which has resulted in cancellation of the appeal, per CCR, Title 15, Section 3084.4(d).
        [ ] (1) Your appeal was screened out and returned to you with instructions:
            [ ]    [ ]    [ ]
    [ ] (e) Failed to reasonably demonstrate the decision, action, policy, or condition as having an adverse affect upon the inmate's welfare, per CCR, Title 15, Section 3084.1(a).
    [ ] (f) This is a request for information. It is not an appeal. Write a note (GA-22, Request For Interview form or CDC-7362, Medical Request form).

[ ] 9. Cannot appeal on behalf of another inmate/person. See CCR, Title 15, Sections 3084.2(d) and 3084.3(c)(7).

[ ] 10. Issue resolved at previous level of Appeal review. See CCR, Title 15, Sections 3084.3(c)(8) and 3084.4(d).

Comments: _Your attitude with the interviewer was confrontational and the interview was terminated. Your lack of cooperation has resulted in cancellation of this appeal._

_[signature]_   _9-5-07 — R-9-6-07._

J. J. KRAVITZ CC II   Date
Medical Appeals Coordinator

This screening decision may not be appealed unless you can support an argument that the above is inaccurate.
In such a case, please return this form to the Appeals Office with the necessary supporting information.

### PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

PBSP    (Rev. 11/06)    CCR 3084.3(d)    PBSP

EXH "B"