UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

~~ROBERT SILLEN,~~ Jones

          Plaintiff,

v.

/ et al,

          Defendant.
          /

Case Number: CV07-04961 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Loves E-45093
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95532

Dated: February 5, 2008

                                        Richard W. Wieking, Clerk
                                        By: Tracy Sutton, Deputy Clerk