**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS LOVES,

        Plaintiff,

  v.

NURSE PENKIAN; et al.,

        Defendants.
                                      /

No. C 07-4961 SI (pr)

**JUDGMENT**

    This action is dismissed without prejudice because plaintiff failed to pay the filing fee or submit a completed in forma pauperis application.

    IT IS SO ORDERED AND ADJUDGED.

Dated: February 4, 2008

                                                      SUSAN ILLSTON
                                             United States District Judge